UNITED STATES of America,
Appellee,

v.

Ruben PERALES–AVILA, Appellant.

No. 03–2047.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 7, 2003.

Decided Dec. 8, 2003.

Donald B. Allegro, U.S. Attorney's Office, Rock Island, IL, for Plaintiff–Appellee.

Ruben Perales-Avila, pro se, Phil Mac-Taggart, Federal Public Defender's Office, Davenport, IA, for Defendant–Appellant.

Before RILEY, MCMILLIAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Ruben Perales–Avila appeals from the final judgment entered in the District Court[1] for the Southern District of Iowa after he pleaded guilty to illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), and false representation of citizenship, in violation of 18 U.S.C. § 911. The district court sentenced Perales–Avila to concurrent terms of 71 months and 36 months imprisonment and to concurrent supervised release terms of 3 years and 1 year. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred in declining to depart downward based on cultural assimilation. For the reasons discussed below, we affirm the judgment of the district court.

We do not review a sentencing court's denial of a downward departure motion where, as here, there is no indication the court believed it lacked the authority to depart. *See United States v. Lopez–Arce*, 267 F.3d 775, 784 (8th Cir.2001).

We have reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the district court.

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.